IN THE UNITED STATES
DISTRICT COURT OF ALASKA

RECEIVED
JAN 1 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: A03-171-6CR(JKS) |
| Plaintiff-Respondent, | ) | |
| v. | ) | |
| JASON BARTON, | ) | |
| Defendant-Petitioner. | ) | |

## MOTION TO UNSEAL HEARING TRANSCRIPT
*************************************************************************

COMES NOW, Robert A. Ratliff, on behalf of Jason Barton, and respectfully moves to unseal the transcripts of the hearing on June 23, 2005 that pertains to Mr. Barton. The transcripts are necessary for use and information in the appeal of Mr. Barton's case.

Respectfully submitted,

Robert A. Ratliff, Esq.
(Ohio Atty. # 0068491)
(Al Atty. #RAT0006)
P.O. Box 2353
Mobile, AL 36652
(251) 432-1656
(251) 432-3357

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served by regular first class U.S. mail service this 6 day of January 2006, to the Assistant United States Attorney:

Mr. Stephan A. Collins
Federal Bldg. & US Courthouse
222 W. Seventh Ave., #9, Room 253
Anchorage, AK 99513-7567

Robert A. Ratliff
Attorney for Petitioner