

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No. A03-0171CR(JKS) |
| Plaintiff(s), | ) | |
| vs. | ) | MOTION AND APPLICATION |
| Jason Scott Barton | ) | OF NON-RESIDENT ATTORNEY |
| | ) | FOR PERMISSION TO APPEAR |
| | ) | AND PARTICIPATE IN THE |
| | ) | UNITED STATES DISTRICT COURT |
| Defendant(s). | ) | FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Robert A. Ratliff, hereby apply for permission to appear and participate as counsel for Jason Barton, plaintiff/(defendant), in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☒ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

☐ I am a registered participant in the CM/ECF System for the District of Alaska.

☒ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

☐ For the reasons set forth in the attached memorandum.

### OR

[Rule 83.frm]{Rev.01/06}

DECLARATION OF NONRESIDENT ATTORNEY

Full Name: Robert A. Ratliff

Business Address: P O Box 2363/713 Dauphin Street , Mobile, AL  36652
(Mailing/Street) (City, State, ZIP)

Residence: 10800 Canal Street , Fairhope, AL
(Mailing/Street) (City, State, ZIP)

Business Telephone: 251-432-1656    e-mail address: rar@ratlifflegalgroup.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Ohio Supreme Court | 30 East Broad Street Columbus, OH 43215 | 1997 |
| Third Circuit Court of Appeals | 601 Market Street Philadelphia, PA 19106-1729 | 1999 |
| Northern District of Ohio | 801 West Superior Avenue Cleveland, OH 44113 | 2001 |
| Alabama Supreme Court | 300 Dexter Ave Montgomery, AL 36104-3741 | 2003 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: January 6, 2006

_____
(Signature of Applicant)

[Rule 83.frm]{Rev.01/06}