UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 2 7 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JASON SCOTT BARTON,<br><br>Defendant - Appellant. | No. 05-30345<br><br>D.C. No. CR-03-00171-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

    Court records do not reflect that counsel Robert A. Ratliff, Esq., has been admitted to the Ninth Circuit bar. Fed. R. App. P. 46(a); 9th Cir. R. 46-1.2 ("Any attorney who causes a case to be docketed in this Court or who enters an appearance in this Court and who is not already admitted to the Bar of the Court, shall simultaneously apply for admission.")

    Within 14 days after the date of this order, counsel shall submit proof of admission to the Ninth Circuit bar or shall complete and submit the bar admission form accompanying this order. Failure to comply with this order within the time allowed may result in the imposition of sanctions.

                                                  For the Court:
                                                  Cathy A. Catterson
                                                  Clerk of Court/Court Executive

                                                  Adrienne H. Hickman
                                                  Deputy Clerk

S:\MOATT\Cmshords\01.06\ahh\05-30345.wpd