UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 02 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30345 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00171-JKS |
| v. | District of Alaska, Anchorage |
| JASON SCOTT BARTON, | ORDER |
| Defendant - Appellant. | |

RECEIVED
FEB 07 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

The appellant's renewed motion for a fifth extension of time in which to file the opening brief is construed as a motion for leave to file the transcript designation order late and is granted nunc pro tunc. Based on the appellant's statement that the transcripts were ordered on January 6, 2006, the transcripts are due February 6, 2006. The appellant shall provide a copy of this order to the court reporter at the district court.

The opening brief is due March 20, 2006. Any further delay in the filing of the opening brief is disfavored. The answering brief is due April 19, 2006. The optional reply brief is due 14 days after service of the answering brief.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

*Teresa A. Haugen*
Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 1.30