# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*United States v. Jason Barton*
Case No. A03-0171 CR (JKS)

By:			THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:		Dan Maus, Case Management: 677-6123*

PROCEEDINGS:		ORDER FROM CHAMBERS

The unopposed motion to unseal hearing transcript at **Docket No. 1185** and the unopposed motion and application of non-resident attorney for permission to appear and participate at **Docket No. 1186** are **GRANTED.**

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: February 28, 2006.

\*	ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.