# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

RECEIVED
JUL 2 4 2006
CLERK, U.S. ~~~~~~~~~~~
ANCHORAGE, ALASKA

U.S. Court of Appeals # **05-30345**         U.S. District Court # **3:03-CR-00171-6(JKS)**
Short Case Title **USA v. Jason Scott Barton**
Date Notice of Appeal Filed by Clerk of District Court **7-1-2005**

### Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| 6-22-05; 6-23-05 | N/A | ~~CLOSING ARGUMENTS~~ Sentencing |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 3-25-04; 8-13-04; 5-19-05; 6-20-05 | N/A | OTHER - Hearings |

(Attach Additional Page for Designations if Necessary)

(X) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered **1-6-06 and 2-21-06**   Estimated Date for Completion _____
Signature of Attorney _____   Phone Number **251-~~438~~ 438-2250**
Address **713 Dauphin Street**
**Mobile, AL 36602**

### Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
    Approximate Number of Pages _____   Due Date _____

### Section C - To Be Completed by Court Reporter
Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)