**FILED**

**OCT 17 2006**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JASON SCOTT BARTON, Defendant - Appellant. | No. 05-30345<br><br>D.C. No. CR-03-00171-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED NOV 13 2006 CLERK, U.S. [DISTRICT COURT] ANCHORAGE, ALASKA

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver is granted. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir. 2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 125 S. Ct. 738 (2005), do not render waiver of appeal involuntary and unknowing).

**DISMISSED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
NOV 07 2006
by: [signature]
Deputy Clerk

MOATT