# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

RECEIVED
NOV 13 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 05-30345 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00171-JKS |
| v. | **JUDGMENT** |
| JASON SCOTT BARTON, | |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 10/17/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
NOV 07 2006
by: Deputy Clerk